UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                )       Criminal No. 04-1820-CBS<br>)<br>)<br>JOSE SANTOS BUENO,                 )<br>) | |

**MOTION TO ARREST, DETAIN AND DEPOSE MATERIAL WITNESSES**

Defendant Jose Malagon-Lara hereby joins in Defendant Jose Santos Buenos's Motion to Arrest, Detain and Depose Material Witnesses pursuant to Fed. R. Crim. P. 15 and 18 U.S.C. § 3144. Defendant Malagon-Lara also joins in Defendant Bueno's request that the Court order the Government to notify counsel as to the location of the individuals. In support of this motion, Defendant Malagon-Lara relies on the reasons set forth in the attached affidavit as well as the Affidavit of Attorney Page Kelley filed in support of Defendant Jose Santos Buenos's Motion to Arrest, Detain and Depose Material Witnesses.

Respectfully submitted,

ENRIQUE MALAGON-LARA

/s/ Paul V. Kelly_____
Paul V. Kelly (BBO No. 267010)
Nicholas A. Klinefeldt (BBO No. 647422)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA. 02110
(617) 338-9300

September 7, 2004