UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.     )<br>)<br>)<br>JOSE SANTOS BUENO,    )<br>) | Criminal No. 04-1820-CBS |

**AFFIDAVIT IN SUPPORT OF MOTION TO**
**ARREST, DETAIN AND DEPOSE MATERIAL WITNESSES**

I, Paul Kelly, depose and state:

1. I represent Defendant Enrique Malagon-Lara in the above-captioned matter.

2. Malagaon-Lara was arrested on August 13, 2004. The Government has filed a Criminal Complaint charging Malagon-Lara with transporting undocumented aliens under 8 U.S.C. 1324(a)(1)(A)(ii). The Affidavit of Special Agent Glen Fitzpatrick attached to the Criminal Complaint identifies fourteen (14) "passengers" as being the undocumented aliens Malagon-Lara and Bueno allegedly transported. These fourteen individuals are therefore material witnesses in this matter.

3. For the reasons set forth in Attorney Page Kelley's affidavit, it appears to be impracticable to secure the presence of the fourteen alleged undocumented aliens by subpoena.

SIGNED UNDER THE PAINS AND
PENALTIES OF PERJURY:

/s/ Paul V. Kelly_____
Paul V. Kelly

September 7, 2004