FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 SEP 14  A 9: 39

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-1820-CBS |
| | ) | |
| ENRIQUE MALAGON-LARA | ) | |

### GOVERNMENT'S DISMISSAL OF COMPLAINT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby dismisses without prejudice the pending complaint against defendant Enrique Malagon-Lara in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Paul G. Casey
Paul G. Casey
Assistant U.S. Attorney

Leave Granted

_____
Charles B. Swartwood, III
United States Magistrate Judge

1

SS., Worcester

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by facsimile and Federal Express upon the below-named counsel on this 14th day of September, 2004.

*[signature]*
PAUL G. CASEY
Assistant U.S. Attorney

Paul V. Kelly
Kelly, Libby & Hoopes, PC
175 Federal Street
Boston, MA 02110

2